

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMBULATORY SERVICES OF PUERTO RICO, LLC, ON ITS BEHALF AND DERIVATIVELY ON BEHALF OF SNG NARANJITO, LLC, ET AL., <br><br> Plaintiffs, <br><br> VS. <br><br> SANKAR NEPHROLOGY GROUP, LLC, ET AL., <br><br> Defendants. | § § § § § § § § § § § § § § | NO. 4:18-CV-916-A |

### CORRECTED FINAL JUDGMENT AS TO CERTAIN PARTIES[1]

Consistent with the court's memorandum opinion and order signed September 3, 2019, and the order signed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiffs, Ambulatory Services of Puerto Rico, LLC, SNG Naranjito, LLC ("Naranjito"), or Carlos Rivera ("Rivera"), against defendants Renal Physicians of North Texas, LC ("Renal Physicians"), PPG Health, P.A. ("PPG"), or Branch Banking and Trust Company ("BB&T") be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that Renal Physicians, PPG, and BB&T each have and recover their court costs from plaintiffs, jointly and severally.

---

[1] The corrected final judgment includes the dismissal of claims against defendants Renal Physicians of North Texas, LC, and PPG Health, P.A., which were erroneously omitted from the final judgment signed September 3, 2019.

The court further ORDERS, ADJUDGES, and DECREES that all other claims asserted by Rivera and all claims asserted on behalf of Naranjito be, and are hereby, dismissed.

SIGNED September 10, 2019.

_____
JOHN McBRYDE
United States District Judge